# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 233

Keith Hehr,                                           Plaintiff and Appellee

   v.

Mary Hehr,                                            Defendant and Appellant

## No. 20210176

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Elisa A. Fischer (argued) and Theresa L. Kellington (on brief), Bismarck, ND, for plaintiff and appellee.

Alex S. Kelsch, Mandan, ND, for defendant and appellant.

**Hehr v. Hehr**
**No. 20210176**

**Per Curiam.**

[¶1]   Mary Hehr appeals the judgment entered by the district court in the parties' divorce proceedings, arguing the district court erred in its distribution of marital property. The distribution of marital property by the district court is subject to the clearly erroneous standard of review. *See Willprecht v. Willprecht*, 2020 ND 77, ¶ 19, 941 N.W.2d 556. We conclude the court's distribution of property was not induced by an erroneous view of the law, there is evidence in the record to support the distribution, and, after a review of the entire record, we are not left with a definite and firm conviction a mistake has been made. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
　　　　Gerald W. VandeWalle
　　　　Daniel J. Crothers
　　　　Lisa Fair McEvers
　　　　Jerod E. Tufte